# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[Use this form to sue for employment discrimination. NEATLY print in ink (or type) your answers.]*

Sylvia Ann Davis

[You are the **PLAINTIFF**, print your full name on this line.]

v.

Primrose Retirement Communities LLC

[The **DEFENDANT** is who you are suing.]

Case Number _3:21-cv-41_

*[For a new case in this court, leave blank. The court will assign a case number.]*

FILED
2021 JAN 19 AM 10:40
U.S. DISTRICT COURT CLERK
NORTHERN DISTRICT OF INDIANA

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. My address is: _1415 Terminal Rd. Niles MI. 49120_

2. My telephone number is: _(574) 323-4131_

3. The Defendant's address is: _815 N 2nd Street, Aberdeen South Dakota 57402_

4. This action is brought for employment discrimination pursuant to:

☑ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.
    *[race, color, gender, religion, national origin]*

◯ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634.

◯ Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117.

◯ Other: _____

5. I filed a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission on: _November 2, 2020_

6. The date on my Notice of Right to Sue letter is: _November 16, 2020_

7. The date I received my Notice of Right to Sue letter was: _November 16, 2020_

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.

**DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT:** Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I worked for Primrose of Mishawaka In. for 1year + a half as the Director of Dining Services. I was subjected to uncomfortable work environment by my superior's racially insensitive comments + treatment. I became privy to several violations of protocols on site and attempted to whistle-blow but was ignored on numerous occassions. I'm a Black American-female and The other Director is a White American female. We both submitted resignations to PrimRose only was my resignation announced to residents + staff without my acknowledgment, or presence. The director of Life Enrichment. Jennifer Compton whom also resigned and was present with Mr. Hervey Laurence during this announcement was not announced at this time or after during the time I was in the community. She actually was allowed to work her notice out without anyone knowing. until She didn't return. I was discharged some twenty days before my 30day resignation

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

_I am seeking $200,000.00 in compensatory damages for my pain and suffering, emotional distress, anxiety + mental anguish._

**DOCUMENTS** – I have attached a copy of the following documents:

☑ Charge Of Discrimination form filed with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission

☑ Notice of Right to Sue letter

☑ Other: _Email correspondence with Hervey Lawrence, Documents / Story as things transpired._

**FILING FEE** – Are you paying the filing fee?

○ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [_If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk._]

☑ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[_Initial Each Statement_]

_JD_   I will keep a copy of this complaint for my records.

_JD_   I will promptly notify the court of any change of address.

_JD_   I declare **under penalty of perjury** that the statements in this complaint are true.

_____                    _1-9-2021_
Signature                                          Date

_[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]_