UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

SYLVIA ANN DAVIS,

    Plaintiff,

    v.

PRIMROSE RETIREMENT
COMMUNITIES LLC,

    Defendant.

Case No. 3:21-CV-41 JD

## OPINION AND ORDER

Plaintiff Sylvia Davis filed this action, pro se, against Primrose Retirement Communities, LLC, alleging claims for racial discrimination on January 19, 2021. On July 20, 2021, Primrose filed a motion to compel seeking complete responses to its first set of interrogatories and requests for production which had been submitted to Ms. Davis on March 25, 2021. On August 12, 2021, the Court granted that motion and ordered Ms. Davis to (1) serve her complete response on or before August 31, 2021, and (2) to file a brief addressing whether her failure to produce was substantially justified or if other circumstances made an award of expenses related to the motion to compel unjust by September 7, 2021. To date, Ms. Davis has not complied with either of these orders.

On September 13, 2021, Primrose moved to Dismiss Ms. Davis' complaint under Federal Rules of Civil Procedure 41(b) and/or 37(b)(2). On September 20, 2021, the magistrate judge assigned to this case awarded Primrose reasonable fees related to its motion to compel, ordered Primrose to file a statement of expenses by October 4, 2021, and ordered Ms. Davis to file any objections to the reasonableness of the defendant's expenses by October 18, 2021. Ms. Davis filed a letter on October 1, 2021, objecting to the award of fees and indicating she is financially

unable to pay those fees (DE 22 at 1-2). Ms. Davis' letter did not address the pending motion to dismiss.

Ms. Davis' response to the motion to dismiss was due on October 4, 2021, but no response was filed. On October 6, 2021, the Court, *sua sponte*, extended the response deadline to October 27, 2021, and directed the Clerk's office to resend copies of Primrose's motion and brief to Ms. Davis. That order expressly advised Ms. Davis that her failure to comply could result in her case being dismissed without further notice. To date, Ms. Davis has not complied with that order.

Ms. Davis has failed to comply with the Court's orders. She has been advised multiple times that her failure to respond could result in dismissal. Ms. Davis has taken no action in this case since October 1, 2021, when she filed her objection to the award of fees to Primrose. Under these circumstances, the Court can only conclude that Ms. Davis has abandoned this action, and this action cannot proceed if Ms. Davis refuses to participate and fails to comply with the Court's orders. Accordingly, dismissal for want of prosecution is appropriate. Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.").

Therefore, the Court GRANTS the motion to dismiss [DE 19] and DISMISSES this case with prejudice. The Clerk is DIRECTED to enter judgment accordingly.

SO ORDERED.

ENTERED: January 14, 2022

                                              /s/ JON E. DEGUILIO
                                              Chief Judge
                                              United States District Court